**Christopher S. GUTHRIE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48813.

Missouri Court of Appeals,
Western District.

Oct. 4, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Christopher S. Guthrie appeals the denial of his Rule 24.035 motion for postconviction relief. We affirm. Rule 84.16(b).

**Wendell ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48854.

Missouri Court of Appeals,
Western District.

Oct. 4, 1994.

Matthew J. O'Connor, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b)